158

PER CURIAM.

(No. 74-CC-137—Claimant ▮▮▮▮▮)

DALLAS ACADEMY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed December 3, 1973.*

DALLAS ACADEMY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-138—Claimant ▮▮▮▮▮)

GLOBE GLASS & TRIM COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed December 3, 1973.*

GLOBE GLASS & TRIM COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.